In the Matter of the Application of the TOWN BOARD OF THE TOWN OF MAMARONECK, WESTCHESTER COUNTY, to Acquire, by Appointment of Commissioners of Appraisal, Certain Lands for Right-of-Way Purposes, Required in the Construction of Parallel Route of Boston Post Road, County Road 67-II of the County of Westchester. LILLIAN E. RAVENSCROFT, Appellant; TOWN BOARD OF THE TOWN OF MAMARONECK, Respondent.— Appeal dismissed, without costs, in view of the decision in Matter of Town Board of Town of Mamaroneck [Ravenscroft] (post, p. 839), decided herewith. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.